# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

| JONATHAN ARLAND, | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | CV 19-2570 SVW(JCx) |
| v. | |
| RUBI GUADALUPE DAVILA, et al., | **CORRECTED**<br>**ORDER RE REQUEST TO PROCEED**<br>***IN FORMA PAUPERIS*** |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____  _____
Date                                                    United States Magistrate Judge

---

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- [ ] Inadequate showing of indigency
- [x] District Court lacks jurisdiction
- [ ] Legally and/or factually patently frivolous
- [ ] Immunity as to _____
- [x] Other: The removed California unlawful detainer action should be remanded sua sponte.

See 28 U.S.C. §1447(c) (Court "shall" remand "any time" it appears to lack subject matter jurisdiction over case)

Comments:
Removing defendant fails to overcome strong presumption that the Court lacks jurisdiction over this purely state-law action. Gaus v. Miles, 980 F.2d 564, 566 (9th Cir.1992) (defendant's burden to prove removal jurisdiction). The state court records do not reflect any action that originally could have been filed in federal court; The Notice of Removal also does not plausibly support diversity or federal-question jurisdiction. 28 U.S.C. §1441(a). Removal may not be based on asserted/anticipated defenses. Franchise Tax Bd. v. Laborers, 463 U.S. 1, 14 (1983).

April 8, 2019                                           /s/ Jacqueline Chooljian
Date                                                    United States Magistrate Judge

---

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- [ ] GRANTED
- [x] DENIED (see comments above). IT IS FURTHER ORDERED that:
  - [ ] Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  - [ ] This case is hereby DISMISSED immediately.
  - [x] This case is hereby REMANDED to state court.

4/16/19                                                  _____
Date                                                    United States District Judge

CV-73 (08/16)         ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*